Pamela Chyba
C/O:7734 Madrilena Way
Carlsbad, California 92009



FILED
AUG 23 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PAMELA CHYBA
Plaintiff,

vs.

PROGRESSIVE MANAGEMENT SYSTEMS, AKA "PMS"
Defendant,

Case No. 12-cv-1723-MMA-BLM

MOTION TO FILE CM/ECF

Date: August 6, 2012

TO THIS HONORABLE COURT OF RECORD,

Plaintiff, Pamela Chyba, hereby request permission to file, receive, and serve documents electronically. Plaintiff has a Pacer account, necessary software and hardware required to file, email account, and familiar with the CM/ECF system.

Respectfully submitted,

_____
Pamela Chyba, Plaintiff

Pamela Chyba
C/O: 7734 Madrilena Way
Carlsbad, California 92009


FILED
AUG 23 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PAMELA CHYBA
Plaintiff,

vs.

PROGRESSIVE MANAGEMENT SYSTEMS, AKA "PMS"
Defendant,

Case No. 12-cv-1723-MMA-BLM

**MEMORANDUM IN SUPPORT OF MOTION TO FILE CM/ECF**

Date: August 6, 2012

**MEMORANDUM**

Plaintiff has been approved and currently uses the ECF system for other cases on file with this court.

Respectfully submitted,

*Pamela Chyba*
Pamela Chyba, Plaintiff