Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for R.M. Galicia, Inc. d/b/a Progressive Management Systems

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CHYBA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS,<br><br>                    Defendant. | Case No.  12-CV-1723 MMA BLM<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

Defendant, R.M. Galicia, Inc. d/b/a/ Progressive Management Systems, and Plaintiff, Pamela Chyba, jointly move for approval of their agreed 14-day extension for Defendant to respond to the Complaint.

Plaintiff filed this action on July 11, 2012.  Defendant was served on August 10, 2012.  The parties would like time to engaged in settlement discussions and agree to extend for 14 days, until September 14, 2012, defendant's time to respond to the Complaint.

The parties jointly request approval of their agreed 14-day extension.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Plaintiff Pamela Chyba and that I have obtained Ms. Chyba's approval of her electronic signature to this document.

Respectfully submitted,

Dated: Aug 31, 2012

/s/ Pamela Chyba
Pamela Chyba
Plaintiff

Dated: Aug. 31, 2012                    Sessions, Fishman, Nathan & Israel, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant