# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CHYBA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS, AKA "PMS",<br><br>                    Defendant. | CASE NO. 12-cv-1723-MMA-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 7] |

Currently before the Court is Plaintiff Pamela Chyba and Defendant R.M. Galicia, Inc. d/b/a/ Progressive Management Systems', joint motion for an extension of time to respond to Plaintiff's complaint. [Doc. No. 7.] Upon due consideration, and good cause appearing, the Court **GRANTS** the joint motion. Accordingly, Defendants shall have until *September 14, 2012* to respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

DATED: August 31, 2012

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge